UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Michael M Stupay  
    Heather M Stupay  
        Debtor(s)

Case No. 15-11023

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/27/2015.

2) The plan was confirmed on 08/14/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/16/2016.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,510.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,735.00 |
| Less amount refunded to debtor | $303.34 |

**NET RECEIPTS:** **$5,431.66**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $241.51 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,241.51**

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED UROLOGY ASSOC | Unsecured | 89.00 | 89.24 | 89.24 | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 251.00 | 892.92 | 892.92 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,593.00 | 2,593.34 | 2,593.34 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 566.00 | 566.95 | 566.95 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 1,767.00 | 1,717.65 | 1,717.65 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 93.00 | 94.60 | 94.60 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 240.00 | 247.43 | 247.43 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 4,366.00 | 1,579.22 | 1,579.22 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 251.48 | 251.48 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 12,306.00 | 12,306.00 | 12,306.00 | 747.45 | 0.00 |
| LVNV FUNDING | Unsecured | 501.00 | 501.53 | 501.53 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 167.00 | 111.39 | 111.39 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,535.00 | 1,535.22 | 1,535.22 | 0.00 | 0.00 |
| NEUFAIRFIELD HOMEOWNERS ASSC | Secured | 442.70 | 442.70 | 442.70 | 442.70 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,035.00 | 2,035.67 | 2,035.67 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 1,552.58 | 1,552.58 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 622.80 | 622.80 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 1,047.76 | 1,047.76 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 221.00 | 117.39 | 117.39 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| RUSH SURGICAL CENTER | Unsecured | 6,901.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSP/MIRAMED REV | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH MEDICAL CENTER | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| TEE TIME LAWN CARE | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TERMINIX | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| U OF C | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| VEDERE CAPITAL | Unsecured | 5,984.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 2,786.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/PORTFOLIO RECOVERY A | Unsecured | 1,536.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PALOS HOSPITAL | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PLS FINANCIAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| HIGH TECH MEDICAL | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 1,282.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF/LASAL | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| COMCAST/CONVERGENT OUTSOURC | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE PATHOLOGY | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CR MEDICAL GROUP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN ANESTHESIOLOGY | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| ANN & ROBERT LURIE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| CENTURY ENT | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| BEST CHOICE 123 | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| CANDICE GIBBONS DDS | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| JMS MARKETING | Unsecured | 777.00 | NA | NA | 0.00 | 0.00 |
| JOHN HOUSTON | Unsecured | 2,147.00 | NA | NA | 0.00 | 0.00 |
| JOLIET SC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| JUST ENERGY | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| KONDILES FOOT CARE | Unsecured | 3,548.00 | NA | NA | 0.00 | 0.00 |
| LEMG MEDICAL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LINCOLN PARK ANES PAIN | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| LINCOLN MEDICAL | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| LURIE CHILDRENS | Unsecured | 2,655.00 | NA | NA | 0.00 | 0.00 |
| MABT/CONTFIN | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINES BUREAU | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,914.00 | NA | NA | 0.00 | 0.00 |
| MERIDIAN MED/NATIONWIDE CRED | Unsecured | 1,138.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA ORTHO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST HAND SURGERY | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| MINUTE CLINIC | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| SLM PC CREDIT STUDENT LOAN TRU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 42.00 | 1,212.60 | 1,212.60 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $442.70 | $442.70 | $0.00 |
| **TOTAL SECURED:** | **$442.70** | **$442.70** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,306.00 | $747.45 | $0.00 |
| **TOTAL PRIORITY:** | **$12,306.00** | **$747.45** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,769.77** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,241.51 |
| Disbursements to Creditors | $1,190.15 |
| **TOTAL DISBURSEMENTS :** | **$5,431.66** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/17/2016     By: /s/ Glenn Stearns
                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**